# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV12-01769 JAK (SPx) | Date | December 17, 2012 |
| Title | Carmen Webb v. Stokes and Clinton, PC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On December 14, 2012, Plaintiff filed "Notice of Settlement" (Dkt. 10). The Court sets an Order to Show Cause re Dismissal for February 11, 2013 at 1:30 p.m. If the parties file a dismissal by February 8, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

All deadlines are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |